Pietro Depirro, as Administrator, etc., of Andrea M. Depirro. Deceased, Respondent, v. John N. Robins Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Woodward

and Rich, JJ., concurred; Burr, J., dissented, on the ground that there was no proof of freedom from contributory negligence (*Riceman* v. *Havemeyer*, 84 N. Y. 647; *Geoghegan* v. *Atlas Steamship Co.*, 3 Misc. Rep. 224, 228; 146 N. Y. 369, 371), and also that the requests to charge at folios 191 and 192 were improperly refused.

Dora Freund, Respondent, v. Max Freund, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.